Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Vivian Salazar*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHONG HING PREMIER JEWELERS INCORPORATED d/b/a CH PREMIER JEWELERS, a California Corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:22-CV-08908-TSH<br><br>Honorable Magistrate Judge Thomas S. Hixson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 15, 2022<br>Trial Date: None |

1
NOTICE OF SETTLEMENT

1  Plaintiff Vivian Salazar ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled.  A notice of dismissal with prejudice as to Plaintiff's claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

Dated: March 9, 2023                              Respectfully Submitted,


                                                  */s/ Binyamin I. Manoucheri*
                                                  Thiago M. Coelho
                                                  Binyamin I. Manoucheri
                                                  **WILSHIRE LAW FIRM**
                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 9, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: March 9, 2023　　　　　　　　　　　　*/s/ Binyamin I. Manoucheri*
　　　　　　　　　　　　　　　　　　　　　　Binyamin I. Manoucheri