# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHONG HING PREMIER JEWELERS INCORPORATED d/b/a CH PREMIER JEWELERS, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-08908-TSH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Complaint filed:   December 15, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: ___May 11___, 2023          By: _____
                                       Hon. Thomas S. Hixson
                                       United States District Judge

---

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 3:22-cv-08908-TSH